IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:10CR3025 |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | **Amended** Order |
| LOWELL BAISDEN, | ) ) ) | |
| Defendant. | ) | |

The court's prior order, (filing no. 11), is amended as follows:

1) The U.S. Marshals shall provide non-custodial transportation and subsistence (including lodging, if necessary) for defendant to travel from Bakersfield, CA, to Lincoln, NE, to attend his initial appearance on April 20, 2010, at 2:30 p.m. The Marshal is authorized to arrange for either ground or air transportation for the defendant.

2) The defendant's transportation will be arranged so that he arrives in Lincoln, NE, by approximately 12:00 noon on April 19, 2010.

DATED this 6th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge