IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | |
| v.    ) | Case No.  4:10CR3025 |
| LOWELL BAISDEN,    ) | |
| Defendant.    ) | |

### ORDER

THIS MATTER comes before the Court on defendant's motion for a 60-day continuance of the deadline for filing pretrial motions, filing 29.  The Court, being fully advised in the premises, finds that said motion should be granted in part.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than the 30th day of July, 2010.

THIS COURT previously entered an Order that this case is "complex", pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), so that the 70 day limit for bringing this case to trial under the Speedy Trial Act is inapplicable.  A trial will be set pending the resolution of any pretrial motions filed.

Dated this 1st day of July, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge