IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3025 |
| v. | ) | |
| LOWELL BAISDEN, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) Defendant Baisden's motion for a 60-day continuance of the pretrial motion deadline, (filing no. 31) is granted in part, and defendant Baisden's pretrial motions and briefs shall be filed on or before September 2, 2010.

2) A status conference and case progression hearing will be held before the undersigned in chambers beginning at 1:00 p.m. on September 15, 2010 to discuss the pending motion for consolidation, (filing no. 27), if such motion remains pending at that time, and the schedule for progression of this case to resolution. One hour has been set aside for this hearing.

DATED this 3rd day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge