IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3025 |
| ) | |
| LOWELL BAISDEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the January 10, 2011, Deadline for Filing Objections to Magistrate Zwart's Findings, Recommendation and Order filing 59. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his objections, with supporting brief, to the Findings, Recommendation and Order no later than Tuesday, January 18, 2011.

Dated this 10th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge