IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3025 |
| | ) | |
| V. | ) | |
| | ) | |
| LOWELL BAISDEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After conferring with counsel for the government and defendant on January 20, 2011,

IT IS ORDERED:

    a.    A status conference will be held on October 14, 2011 at 10:00 a.m. to discuss the further progression of this case.

    b.    Any motion to consolidate this case with the companion case, <u>United States v. Baisden</u>, 4:10cr3026, shall be filed on or before October 13, 2011.

    c.    This court previously held this case is "unusual and complex" pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the Speedy Trial Act's 70-day limit for bringing this case to trial was inapplicable, (filing no. 22). This case remains "unusual and complex" due to the voluminous and complex discovery requirements; therefore, the case remains exempt from the requirements of the Speedy Trial Act, and the time between January 20, 2011 and October 14, 2011 shall be excluded in the interest of justice.

DATED this 29th day of January, 2011.

                                        BY THE COURT:

                                        *S/ Cheryl R. Zwart*
                                        United States Magistrate Judge