IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:10CR3025 |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| LOWELL BAISDEN, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel for Mr. Baisden, Assistant Federal Public Defender John C. Vanderslice, hereby moves to withdraw as counsel of record for the defendant. In furtherance of said motion, counsel states that claims of ineffective assistance of counsel have been made such that defense counsel can no longer represent Mr. Baisden. Accordingly, defense counsel seeks an order permitting him and the Federal Public Defender's office to withdraw as counsel for the defendant. Counsel further requests that a CJA attorney be appointed to represent Mr. Baisden.

DATED this 23RD day of January, 2012.

                                                        LOWELL BAISDEN, Defendant

                              By:    */s/ John C. Vanderslice*
                                      John C. Vanderslice
                                      Assistant Federal Public Defender
                                      112 Federal Building
                                      100 Centennial Mall North
                                      Lincoln, Nebraska 65808
                                      (402) 437-5871
                                      Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      Assistant Federal Public Defender John C. Vanderslice hereby certifies that he has caused a true copy of the foregoing document to be served upon AUSA Steve Russell by CM/ECF and to Lowell Baisden via his personal email address on this 23RD day of January, 2012.

                                         */s/ John C. Vanderslice*
                                         John C. Vanderslice